**No. 61964.**—H. Bates Co., Inc. *v.* United States, protests 130222–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiff was sustained.

**No. 61965.**—Accurate Millinery Co. *v.* United States, protest 307327–K (New York).

Opinion by FORD, J. The protest was dismissed.

**No. 61966.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 312761–K (New York).

Opinion by FORD, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, MAY 20, 1958

**No. 61967.**—Marbro Lamp Co., Inc. *v.* United States, protest 316723–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.